FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED / LODGED / ENTERED / RECEIVED
OCT 2 4 2006
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

_Travis James #318-324_
_JCI  P.O. Box 534_
_Jessup, md 20794_

(Full name, prison identification number and address of the plaintiff)

v.

Civil Action No. _RDB-06-2804_
(Leave blank. To be filled in by Court.)

_Maj. Carlton Thompson_
_Sgt. Howard Johnson_
_James Smith "Warden of Institution"_
_Capt. Washington   P.O. Box 534 Jessup md 20794_

(Full name and address of the defendant(s))

## COMPLAINT

I. **Previous lawsuits**

    A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

        YES [ ]   NO [✓]

    B. If you answered YES, describe that case(s) in the spaces below.

        1. Parties to the other case(s):

        Plaintiff: _____

        Defendant(s): _____

2. Court (if a federal court name the district; if a state court name the city or county): _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

_____

7. Date of disposition: _____

II. **Administrative proceedings**

A. If you are in a Division of Correction facility, did you file an administrative remedy procedure request under DCD 185-001, et seq.?

YES [ ✓ ]   NO [ ]

1. If you answered YES:

   a. What was the result? _I havent recieved A answwer yet_

   b. Did you appeal to the Commissioner?

   YES [ ]   NO [ ✓ ]

2. If you answered NO to either of the questions above, explain why you did not file an administrative remedy procedure request or an appeal to the

Commissioner. _in order to Appeal to the Commissioner I must have a reciept of the ARP from the Warden which I havent recieved yet_

3. Did you file any other type of administrative complaint such as an appeal to the warden of an adjustment decision or a decision to withhold mail, a complaint to the Sundry Claims Board, etc.?

   YES [ ]   NO [✓]

4. If you answered YES, explain what you filed and what was the result.

   _____

   _____

B. If you are <u>not</u> in a Division of Correction facility, is there a grievance procedure at your institution?

   YES [ ]   NO [ ]

If your answer is YES:

1. Did you file a grievance?

   YES [ ]   NO [ ]

2. If you filed a grievance what was the result? _____

   _____

3. If you did not file a grievance explain why not? _____

   _____

III. **Statement of claim**
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

On Sep 22 2006 1:45 Am Ofc. Sgt Johnson, Howard Was The OIC of A-Build. An extraction team was formed due to Massive Tier flooding. Chemical agents were sprayed in my Cell. I was handcuffed behind my Back and was taken To the lobby. There I was then Assaulted and beaten by Maj. Carlton Thompson, Officer Evans, Sgt. Burnett, sgt Johnson. I recieved injuries to the face, Back, stomach, and legs. I was handcuffed during the assault.         Capt Washington

IV. **Relief**
(State briefly what you want the Court to do for you)

I would like to sue the officers for money damages, and also fired from this institution

SIGNED THIS _13_ day of _October_, 2006

_____
(original signature of plaintiff)
JCI P.O. Box 534
Jessup, Md 20794
_____
(address of plaintiff)

1983 Complaint Rev. (4/10/2006)            4